# EXHIBIT 4



**James R. Comer,** Commissioner
111 Corporate Drive
Frankfort, KY 40601

Phone: (502) 573-0450
Fax: (502) 573-0046
E-mail: james.comer@ky.gov

# Kentucky Department of Agriculture

May 12, 2014

Thomas Brashier
Acting Port Director
U.S. Customs and Border Protection
*Sent via email: Thomas.Brashier@dhs.gov*

Re: Industrial Hemp Seed

Dear Director Brashier,

    Please be advised that I am an attorney working for the Kentucky Department of Agriculture ("KDA"), which is led by Kentucky Agriculture Commissioner James Comer, in an effort to obtain the release of a quantity of industrial hemp seeds which are being held at the United Parcel Service cargo facility in Louisville, Kentucky. Thank you for talking with me today as the KDA seeks to get these seeds released immediately and planted for officially designated research pilot programs in Kentucky.

    In an attempt to prevent unnecessary litigation, Commissioner Comer has instructed me to work with U.S. Customs and Border Protection ("CBP") to coordinate the prompt and orderly release of these seeds. Because time is of the essence in this significant agricultural matter, and because the seeds were previously approved for shipment and distribution by CBP officials, we need to act quickly, and thus, we need to get the seeds into the hands of KDA officials by Wednesday, May 14, 2014. It is my understanding that CBP allowed the seeds' entry into the U.S. at Chicago and their transportation to Louisville, but CBP or some other governmental agency has blocked the seeds distribution to legally permitted sites in Kentucky where they will be used for agricultural purposes approved in the Farm Bill of 2014.

    If we are unable to come to an agreement by 12:00 p.m. EDT, May 13, 2014, regarding the transfer of the seeds to KDA officials, then legal actions will be instituted to force the government to abide by the law.

    Feel free to forward this letter to any CBP official or other official in another governmental agency – the KDA wants to work cooperatively on this project of importance for Kentucky's farmers – but immediate action is needed.

Sincerely,

Luke Morgan
Counsel for KDA



Equal Opportunity Employer M/F/D

www.kyagr.com