**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**KENTUCKY DEPARTMENT OF AGRICULTURE**                                    **PLAINTIFF(S)**

**VS**                                                 **CIVIL ACTION NO. 3:14CV-372-H**

**U.S. DRUG ENFORCEMENT AGENCY/UNITED STATES, et al.**           **DEFENDANT(S)**

**JAMES BARTON, et al.**                                         **INTERVENOR(S)**

**O R D E R**

The above-styled action came before the undersigned for a telephonic motion hearing on June 18, 2014.  Appearing on behalf of the plaintiff, Mr. Daniel Luke Morgan; and on behalf of the defendants, Ms. Regina Edwards, Mr. Ben Schecter, Mr. Arthur Goldberg, and Ms. Michelle Bennett; and on behalf of the intervenors, appearing in person, Mr. Jonathan S. Miller and  Mr. Richard E. Plymale, and telephonically, Mr. Joseph Sandler.

After discussions with counsel as to the status of the case and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the motion to intervene **(DN#12) is DENIED.**   The motion for preliminary injunction **(DN#17) is denied as moot for the reasons stated on the record.**

**IT IS FURTHER ORDERED** that the parties shall jointly file a **status report with the Court on or before AUGUST 18, 2014.**

**IT IS FURTHER ORDERED** the defendant's answer shall be held in abeyance pending further orders of the Court.

Date: June 18, 2014

Copies to:

All Counsel of Record

Court Time:  00/30

Court Reporter: Alan Wernecke