UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

KENTUCKY DEPARTMENT OF AGRICULTURE                    PLAINTIFF(S)

VS                                                    CIVIL ACTION NO. 3:14-cv-00372-H

U.S. DRUG ENFORCEMENT AGENCY, et al                   DEFENDANT(S)

## FRCP 41 NOTICE OF DISMISSAL

Comes the Plaintiff, Kentucky Department of Agriculture ("KDA"), by counsel, and on behalf of all the Plaintiffs hereby gives the Court and the parties notice of the dismissal of this action without prejudice pursuant to FRCP 41(a)(1)(A)(i), the Defendants not having filed an answer or motion for summary judgment. This dismissal is based upon the Defendant, Drug Enforcement Agency's ("DEA") continuing agreement to assist the KDA with the KDA's implementation and supervision of programs involved with the growth, cultivation, and marketing of industrial hemp.

The KDA acknowledges that the DEA has been cooperating with the KDA and the DEA has manifested its expressed desire to assist the KDA with industrial hemp projects. Therefore, and because the present action has helped the KDA achieve its lawful abilities, the present action is voluntarily dismissed pursuant to FRCP 41(a)(1)(B), without prejudice to revive the lawsuit if needed.

Respectfully submitted,

MCBRAYER, MCGINNIS, LESLIE
& KIRKLAND, PLLC
201 E. Main Street, Suite 900
Lexington, KY  40507
(859) 231-8780

BY:  */s/ Daniel Luke Morgan*
Daniel Luke Morgan
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Court and counsel of record on this the 15th day of August, 2014:

*/s/ Daniel Luke Morgan*
Daniel Luke Morgan
ATTORNEYS FOR PLAINTIFF