UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**KENTUCKY DEPARTMENT OF AGRICULTURE**            **PLAINTIFF(S)**

**VS**            **CIVIL ACTION NO. 3:14CV-372-H**

**U.S. DRUG ENFORCEMENT AGENCY, et al.**            **DEFENDANT(S)**

### ORDER

Counsel for the plaintiff having notified the Court of a Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i). **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket without prejudice.

Date: August 15, 2014

Copies to counsel